JOSEPH A. LEPERA (SBN 207615)
LEPERA & ASSOCIATES, PC
One Market – Spear Tower, 36th Floor
San Francisco, California 94105
Telephone: (415) 215-1001
Facsimile: (415) 398-1696
E-mail: joseph@leperalaw.com

Attorney for Plaintiffs
Melvin L. Washington and
Masumi Washington

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MELVIN L. WASHINGTON, an individual, and MASUMI WASHINGTON, an individual,<br><br>             Plaintiffs,<br><br>   v.<br><br>NATIONAL CITY MORTGAGE COMPANY , a Ohio corporation; PNC BANK, NATIONAL ASSOCIATION, a Pennsylvania Association, KONDAUR CAPITAL CORPORATION; a California corporation; FCI LENDERS SERVICES, INC., a California Corporation; SONOCA ONE, a California limited liability company; WACHTER INVESTMENTS INC., a California corporation; RICHARD B. WACHTER, an individual; BRIAN E. ROONEY, an individual; GREGORY G. STEIGER, an individual; JOANNE STEIGER, an individual; and DOES 1-100 inclusive,<br><br>             Defendants. | Case No.:  4:10-cv-05042 SBA<br><br>**STIPULATION AND  ORDER RE: DELAYING SALE OF PROPERTY** |

1

*Melvin Washington, et al.  v. Nat'l City Mortgage, et al. – Case No. 4:10-cv-05042-DMR*
**STIPULATION AND [PROPOSED] ORDER RE: DELAYING SALE OF PROPERTY**

Plaintiffs, Melvin L. Washington and Matsumi Washington's and Defendants Sonoca One by and through their respective counsels of record, hereby stipulate and agree as follows:

## I. RECITALS

1. On November 8, 2010, Plaintiff filed a complaint against Defendants in the United States District Court – San Francisco Division (Case No. 4:10-cv-05042-DMR) regarding the property located at 96 Alpha Street – San Francisco, CA 94134 ("Subject Property").

2. On November 16, 2010, Plaintiff filed an Ex-Parte Motion for Temporary Restraining Order and Preliminary Injunction; Memorandum of Points and Authorities in Support of Ex-Parte Motion; Declaration from Plaintiff; Declaration from Joseph A. Lepera; and Proposed Order.

3. Defendants are attempting to foreclose on the Subject Property and have a sale date scheduled on November 23, 2010.

## II. STIPULATION

Now, therefore, it is hereby agreed and stipulated by and between the parties as follows, subject to the approval by the Court. The parties have agreed to the following briefing schedule:

1. Defendant Sonoca One's opposition to the motion is due by December 2, 2010.
2. Plaintiff Washington's reply to defendant's opposition is due by December 7, 2010.
3. The hearing on the motion, if necessary, will be held on December 14, 2010.
4. The foreclosure sale date for the Subject Property will be postponed until a date no earlier than December 16, 2010.

2

*Melvin Washington, et al.  v. Nat'l City Mortgage, et al. – Case No. 4:10-cv-05042-DMR*
**STIPULATION AND [PROPOSED] ORDER RE: DELAYING SALE OF PROPERTY**

**SO STIPULATED:**

                                    Davies Lemmis Raphaely Law Corporation

Date: November 19, 2010         By: */s/ M. Randel Davies*
                                       M. Randel Davies
                                       Attorneys for Defendant

                                    LEPERA & ASSOCIATES, PC

DATED: November 19, 2010        By: */s/ Joseph A. Lepera*
                                       Joseph A. Lepera
                                       Attorneys for Plaintiff

**IT IS SO ORDERED:**

By: _____[signature: Sandra B. Armstrong]_____        _11/24/10
     Honorable Judge Armstrong                           Date

3

*Melvin Washington, et al.  v. Nat'l City Mortgage, et al. – Case No. 4:10-cv-05042-DMR*
**STIPULATION AND [PROPOSED] ORDER RE: DELAYING SALE OF PROPERTY**