UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MELVIN WASHINGTON, et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>NATIONAL CITY MORTGAGE COMPANY, et al.,<br><br>　　　　Defendants. | Case No: C 10-5042 SBA<br><br>**ORDER VACATING HEARING** |

　　　IT IS HEREBY ORDERED THAT the motion hearing on Plaintiff's motion for temporary restraining order and preliminary injunction (Dkt. 4) scheduled for December 14, 2010, is VACATED.  The Court finds the motion suitable for resolution based on the papers submitted. Fed.R.Civ.P. 78(b); Civ. L.R. 7-1(b).  The Court will issue a separate, written decision on the motion.

　　　IT IS SO ORDERED.

Dated: December 10, 2010

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　United States District Judge