UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MELVIN WASHINGTON, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL CITY MORTGAGE COMPANY, et al.,<br><br>Defendants. | Case No: C 10-5042 SBA<br><br>**ORDER CONTINUING HEARING** |

IT IS HEREBY ORDERED THAT the hearing on Defendants Sonoca One, LLC and FCI Lenders Services, Inc.'s motion to dismiss (Dkt. 12) is CONTINUED from March 1, 2011 to **March 15, 2011 at 1:00 p.m.** Plaintiffs shall file their response to the aforementioned motion, as well as to Kondaur Capital Corporation's motion to dismiss (Dkt. 15), by no later than February 22, 2011, and Defendants shall file their reply briefs by no later than March 1, 2011. Plaintiffs are warned that the failure to timely file responses to the pending motions to dismiss will be deemed to be a consent to the granting of said motions, which will result in the dismissal of the action. Fed. R. Civ. P. 41(b); Ferdik v. Bonzelet, 963 F.2d 1258, 1260 (9th Cir. 1992) ("Pursuant to Federal Rule of Civil Procedure 41(b), the district court may dismiss an action for failure to comply with any order of the court."). Pursuant to Civil Local Rule 7-1(b), the Court may resolve the motions without oral argument. The parties are advised the check the Court's website to determine whether an appearance is necessary.

IT IS SO ORDERED.

Dated: February 8, 2011

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge