UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MELVIN L. WASHINGTON, an individual, and MASUMI WASHINGTON, an individual,<br><br>           Plaintiffs,<br><br>     vs.<br><br>NATIONAL CITY MORTGAGE COMPANY, an Ohio Corporation; PNC BANK, NATIONAL ASSOCIATION, a Pennsylvania Association; KONDAUR CAPITAL CORPORATION, a California corporation; FCI LENDERS SERVICES, INC., a California Corporation; SONOCA ONE, a California Limited Liability Company; WACHTER INVESTMENTS INC., a California Corporation; RICHARD B. WACHTER, an individual; BRIAN E. ROONEY, an individual; GREGORY G. STEIGER, an individual; JOANNE STEIGER, an individual; and DOES 1-100, inclusive,<br><br>           Defendants. | Case No: C 10-5042 SBA<br><br>**ORDER**<br><br>Docket 12, 15 |

Defendants FCI Lenders Services, Inc., and Sonoca One LLC, and Kondaur Capital Corporation, have filed motions to dismiss the complaint, which are scheduled for hearing on March 15, 2011. Dkt. 12, 15. Defendants Wachter Investments Inc., Brian E. Rooney, Gregory G. Steiger, Joanne Steiger and Richard B. Wachter (collectively "Wachter Defendants") also have filed a motion to dismiss which is noticed for hearing on May 17, 2011. Dkt. 20. Since all motions challenge the sufficiency of the pleadings, the Court finds that, in the interests of judicial efficiency, all motions should be heard at the same time. Accordingly,

IT IS HEREBY ORDERED THAT:

1.  The hearing on Defendants FCI Lenders Services, Inc. and Sonoca One LLC, and Kondaur Capital Corporation's motions to dismiss (Dkt. 12, 15) are CONTINUED to **May 17, 2011 at 1:00 p.m.**

2.  Plaintiffs shall file their opposition or statement of non-opposition to the Wachter Defendants' motion to dismiss (Dkt. 20) by no later than March 24, 2011.  The Wachter Defendants shall file their reply by no later than March 31, 2011.  The Court, in its discretion, may resolve the motions without oral argument.  Fed. R. Civ. P. 78(b); Civ. L.R. 7-1(b).  The parties are advised to check the Court's website to determine whether an appearance is required.

3.   The Case Management Conference scheduled for March 15, 2011, is CONTINUED to **June 16, 2011 at 2:45 p.m.**  Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement.  The joint statement shall be filed no later than ten (10) days prior to the conference and shall comply with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court.  Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

Dated:  March 9, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge